

1994 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-17-1994

# Calhoun v. Yamaha Motor Corp., et al.

Precedential or Non-Precedential:

Docket 93-1736

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1994

Recommended Citation

"Calhoun v. Yamaha Motor Corp., et al." (1994). *1994 Decisions.* Paper 194.
http://digitalcommons.law.villanova.edu/thirdcircuit_1994/194

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1994 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

NOS. 93-1736 and 93-1737
_____


LUCIEN B. CALHOUN; ROBIN L. CALHOUN,
individually and as Administrators of the
Estate of Natalie K. Calhoun, deceased

v.

YAMAHA MOTOR CORPORATION, U.S.A.;
YAMAHA MOTOR CO., LTD.; PALMAS DEL MAR COMPANY;
PALMAS DEL MAR, INC.; PALMAS YACHT CLUB, INC.;
MARINA DE PALMAS YACHT CLUB, INC.; MAXXAM
PROPERTIES, INC.; ABC CORPORATION; XYZ
PARTNERSHIP(S); CANDELERO HOTEL CORPORATION;
MARINA DE PALMAS SHIPYARD, INC.

Yamaha Motor Corporation, U.S.A. and
Yamaha Motor Company, Ltd.,
Appellants in No. 93-1736


LUCIEN B. CALHOUN; ROBIN L. CALHOUN,
individually and as Administrators of the
Estate of Natalie K. Calhoun, deceased,

Appellants in No. 93-1737

v.

YAMAHA MOTOR CORPORATION, U.S.A.;
YAMAHA MOTOR CO., LTD.; PALMAS DEL MAR COMPANY;
PALMAS DEL MAR, INC.; PALMAS YACHT CLUB, INC.;
MARINA DE PALMAS YACHT CLUB, INC.; MAXXAM
PROPERTIES, INC.; ABC CORPORATION; XYZ
PARTNERSHIP(S); CANDELERO HOTEL CORPORATION;
MARINA DE PALMAS SHIPYARD, INC.
_____

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Civ. No. 90-04295)
_____
Argued: April 13, 1994

Before:  BECKER, MANSMANN and SCIRICA, <u>Circuit Judges</u>.

(Opinion Filed November 2, 1994)

_____

**ORDER AMENDING OPINION**
_____


BECKER, <u>Circuit Judge</u>.

The opinion in the above-captioned case filed November 2, 1994 is amended as follows:

1.  On page 4, first line under Part I, the words "with her parents" are deleted.

2.  On page 15, the second sentence should now read: "The harshness of this rule prompted reaction from the federal judiciary and from Congress."

3.  The word "nonpecuniary" is deleted on page 20, second line from  bottom of page.

4.  On page 30, footnote 29 should now read: We have alternated in our discussion between the terms "recreational boaters" and non-seamen, and we mean to sue the terms interchangeably.  We do not mean to intimate that crew members of a vessel such as a racing yacht should necessarily be treated differently than someone in Natalie Calhoun's position.  The applicable remedy depends on whether such crew members fall within the Jones Act as seamen.

BY THE COURT,


<u>/s/ Edward R. Becker</u>
Circuit Judge

DATED: November 17, 1994